# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Richard Lewis Hagins, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:14-cv-00712-RJC-DSC |
| | ) | |
| vs. | ) | |
| | ) | |
| Lohr Scott Searcy | ) | |
| Town of Davidson, | | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court by Jury Trial and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Jury Verdict January 20, 2016.

January 29, 2016

_____
Frank G. Johns, Clerk
United States District Court